No. 98–908. Moss *v.* CITY OF MONTGOMERY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–925. PARHAM *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 98–936. PEREZ *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 98–956. CANNON ET AL. *v.* WILLIAMS. C. A. 1st Cir. Certiorari denied. 

No. 98–968. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied. 

No. 98–979. GHENT *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–984. ERWIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–997. DICKEY *v.* CITY OF HARTSVILLE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–1000. DACHMAN *v.* SCHWIETERMAN ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–1006. MISZKO *v.* SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–1015. OWENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–1017. JUDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6180. THOMAS *v.* GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 98–6374. BENEVIDES *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.